IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**KEVIN THOMPSON**                                              **PLAINTIFF**

**VS.**                            **CIVIL ACTION NO.: 1:20-CV-181-MPM-JMV**

**COMMISSIONER OF**
**SOCIAL SECURITY**                                     **DEFENDANT**

## ORDER

After consideration of *Defendant's Unopposed Motion for Stay of Proceedings*, the Court finds that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that said motion is GRANTED, and this action is STAYED for sixty (60) days from this date or until Defendant files a certified copy of the administrative record, whichever is the earlier.

This 20th day of November, 2020.

                                                   /s/ Jane M. Virden
                                                   UNITED STATES MAGISTRATE JUDGE